**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:07-CR-48 (WLS-AGH) |
| | : | |
| MORRIS DEWAYNE GREEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Defendant's Motion to Amend Restitution Order Pursuant to 18 U.S.C. § 3664 (Doc. 214) ("Motion"). The Government is hereby **ORDERED** to file a response to the Motion no later than **Thursday, May 7, 2026**.


**SO ORDERED**, this 15th day of April 2026.


**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1